Certificate Number: 12433-PAM-DE-035630309

Bankruptcy Case Number: 21-00672



12433-PAM-DE-035630309

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 2, 2021</u>, at <u>2:51</u> o'clock <u>PM EDT</u>, <u>Miguel A. Garcia</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>May 2, 2021</u>

By: <u>/s/Lance Brechbill</u>

Name: <u>Lance Brechbill</u>

Title: <u>Teacher</u>