UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MIGUEL ANGEL GARCIA, | : | Chapter 13 |
| aka Miguel A Garcia | : | Case No. 5:21-bk-00672-HWV |
| aka Miguel Garcia | : | |
| Debtor | | |
| | : | |
| BCMB1 TRUST | : | |
| Movant, | : | |
| v. | : | |
| MIGUEL ANGEL GARCIA | : | |
| Respondent. | : | |

## ANSWER TO OBJECTION TO CONFIRMATION OF BCMB1 ON BEHALF OF DEBTOR

AND NOW comes Debtor, Miguel Angel Garcia, by and through his attorneys, and answers the Objection to Confirmation of BCMB1 Trust as follows:

1. Admitted.

2. Denied. Strict proof is demanded.

3. Admitted.

4. Denied. This is a conclusion of law to which no response is required.

5. Denied. This is a conclusion of law to which no response is required.

6. Admitted.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

/s/ Robert J. Kidwell, Esquire
712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090
rkidwell@newmanwilliams.com
*Attorney for Debtor*