IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MIGUEL ANGEL GARCIA | : | |
| a/k/a MIGUEL A. GARCIA | : | CASE NO.: 5:21-00672 |
| a/k/a MIGUEL GARCIA | : | |
| Debtor | : | |

## REQUEST FOR CERTIFIED DOCUMENT

To The Clerk of Courts:

Please send me a certified copy of Docket Number 38, Discharge Order. Thank you.

NEWMAN, WILLIAMS, P.C.

By: /s/ Vincent Rubino, Esq.
    Vincent Rubino, Esq.
    Attorney I.D. No. 49628
    Attorney for Debtor
    712 Monroe St., PO Box 511
    Stroudsburg, PA 18360-0511
    (570) 421-9090; Fax (570) 424-9739
    vrubino@newmanwilliams.com