IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Miguel Angel Garcia aka Miguel A Garcia aka Miguel Garcia<br>**Debtor(s)** | BK NO. 21-00672 HWV<br><br>Chapter 13 |
| Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee<br>**Movant**<br>vs.<br>Miguel Angel Garcia aka Miguel A Garcia aka Miguel Garcia<br>**Debtor(s)**<br><br>Jack N. Zaharopoulos,<br>**Trustee** | Related to Claim No. 2-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 25, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Miguel Angel Garcia aka Miguel A Garcia aka Miguel Garcia
106 Cornelia Lane
Milford, PA 18337

Attorney for Debtor(s)
Vincent Rubino, Esq.
712 Monroe Street (VIA ECF)
P.O. Box 511
Stroudsburg, PA 18360-0511

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>January 25, 2023</u>

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com